JAKE D. FINKEL, ESQ (SBN 293954)
EUGENE FELDMAN, ESQ. (SBN 118497)
AVRAHAM KALAF, ESQ. (SBN 325249)
**THE FINKEL FIRM**
3470 Wilshire Blvd., Suite 830
Los Angeles, California 90010
Telephone: (213) 787-7411
gene@lawfinkel.com
avi@lawfinkel.com

Attorneys for Plaintiff, ADAM FOX

GIBSON, DUNN & CRUTCHER LLP
HARRIS M. MUFSON (*pro hac vice*)
   hmufson@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:   212.351.4035

MEGAN M. LAWSON, SBN 294397
   mlawson@gibsondunn.com
COURTNEY M. JOHNSON, SBN 324331
   cjohnson2@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant HARRY WINSTON, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FOX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARRY WINSTON, INC.<br><br>　　　　　Defendant. | CASE NO. 8:22-cv-00381-DOC (ADS)<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Judge:　　　Hon. David O. Carter<br>Trial Date: June 7, 2023 |

1    The Plaintiff in this case is Adam Fox.  The Defendant in this case is Harry Winston,

2 Inc.

3    Plaintiff alleges that Harry Winston, Inc. retaliated against him by terminating his

4 employment for reporting what he believed to be illegal conduct under state, federal and/or

5 local law.

6    Harry Winston denies Plaintiff's claims and contends that it did not retaliate against

7 Plaintiff when it terminated his employment.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT OF THE CASE

DATED:  June 7, 2023                          THE FINKEL FIRM, APC


                                              _____*/s/ Eugene Feldman*_____
                                              JAKE D. FINKEL ESQ
                                              AVRAHAM KALAF, ESQ
                                              EUGENE FELDMAN, ESQ.
                                              Attorneys for Plaintiff, ADAM FOX


DATED:  June 7, 2023                          GIBSON, DUNN & CRUTCHER LLP


                                              _____*/s/ Harris M. Mufson*_____
                                              Harris M. Mufson
                                              Megan M. Lawson
                                              Courtney M. Johnson

                                              Attorneys for Defendant, HARRY WINSTON, INC.

JOINT STATEMENT OF THE CASE