JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FOX,<br><br>    Plaintiff,<br><br>    v.<br><br>HARRY WINSTON, INC.<br><br>    Defendant. | CASE NO. 8:22-cv-00381-DOC (ADS)<br><br>**JUDGMENT**<br><br>Judge:    Hon. David O. Carter<br>Trial Date: June 7, 2023 |

# JUDGMENT

This action, *Adam Fox v. Harry Winston, Inc.*, was removed to this Court on March 10, 2023 and brought six causes of action. On May 30, 2023, Plaintiff Adam Fox voluntarily withdrew his third through sixth causes of action for negligent hiring, supervision and retention; breach of express oral contract; breach of implied-in-fact contract; and intentional infliction of emotional distress. On June 4, 2023, Plaintiff voluntarily dismissed his second cause of action for wrongful termination in violation of public policy.

Plaintiff's final remaining cause of action for whistleblower retaliation under California Labor Code section 1102.5 came on regularly for trial on June 7, 2023 in Courtroom 10A of the United States District Court, Central District of California, Honorable David O. Carter presiding. Plaintiff Adam Fox was represented by attorneys Ted Mathews of the Mathews Law Group, and Eugene Feldman and Avraham Kalaf of the Finkle Firm. Defendant Harry Winston, Inc. was represented by attorneys Harris M. Mufson, Megan M. Lawson, and Courtney M. Johnson of Gibson, Dunn & Crutcher LLP.

A jury of six persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury returned a unanimous verdict as follows:

1. Was Harry Winston Adam Fox's employer?

    Yes  X          No _____

    *If your answer to question 1 is yes, then answer question 2. If you answered no, **stop here**, answer no further questions, and have the presiding juror sign and date this form.*

2. Did Adam Fox disclose to a person with authority over Adam Fox or an employee with authority to investigate, discover, or correct legal violations/noncompliance that Harry Winston either (1) engaged in commercial bribery, (2) failed to report the receipt of more than $10,000 in cash for a single or

related transaction to the Internal Revenue Service, and/or (3) facilitated the evasion of sales tax?

        Yes _____     No __X__

*If your answer to question 2 is yes, then answer question 3.  If you answered no, **stop here**, answer no further questions, and have the presiding juror sign and date this form.*

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that judgment in this action, *Adam Fox v. Harry Winston, Inc.*, be entered as follows:

        Judgment is entered in favor of Harry Winston, Inc. on Plaintiff's First Cause of Action for Violation of California Labor Code Section 1102.5.  Harry Winston, Inc. is the prevailing party in this action and may apply to the Court for an award of costs as permitted by federal law and L.R. 54-2.

**IT IS SO ORDERED.**

Dated:  June 23, 2023

                                                      */s/ David O. Carter*
                                         HONORABLE DAVID O. CARTER
                                         UNITED STATES DISTRICT JUDGE